# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2607

_____

| | | |
|---|---|---|
| Great Plains Capital Corporation; Gennaro J. Orrico, | * * * | |
| Appellants, | * * | |
| v. | * * | Appeal from the United States District Court for the District |
| Ben Nelson; Robert Lange; Robert Craig; James Severson; William McCafferty; John Grant; The Law Firm of Kennedy, Holland, Delancy & Svoboda; The Agents General Insurance Company, | * * * * * * * | of Nebraska.  [UNPUBLISHED] |
| Appellees. | * | |

_____

Submitted: April 21, 1999
Filed: April 28, 1999

_____

Before BOWMAN,* Chief Judge, FAGG, Circuit Judge, and BOGUE,** District Judge.

_____

*The Honorable Pasco M. Bowman stepped down as Chief Judge of the United States Court of Appeals for the Eighth Circuit at the end of the day on April 23, 1999. He has been succeeded by the Honorable Roger L. Wollman.

**The Honorable Andrew W. Bogue, United States District Judge for the District of South Dakota, sitting by designation.

PER CURIAM.

Great Plains Capital Corporation and Gennaro J. Orrico's appeal has been submitted on the briefs. Having reviewed the record in the context of the appellants' contentions, we conclude no error of law appears, the district court's rulings are clearly correct, and an extended discussion is unnecessary. Believing that a comprehensive opinion will serve no useful purpose, we affirm without further discussion. <u>See</u> 8th Cir. R. 47B.

We also deny the appellees' motions for dismissal from the appeal and for sanctions.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.